IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :  CASE NO. 09-10628-WWB
**Steven D. Waddell** AND :
**Linda M. Waddell,** : Chapter 13
    **Debtors** :
:
**Steven D. Waddell,** :
    **Movant** : Filed Pursuant to Rule 1007-4

## VERIFICATION REGARDING PROOF OF INCOME

I, **Steven D. Waddell,** hereby state as follows:

1. I am currently unemployed.

2. I receive Workman's Compensation in the amount of $1,250.00 per month.

3. I started receiving this income in February 2009.

4. During the months of December, 2008 – February, 2009, I received unemployment in the amount of $348.00 per week.

5. I have not worked at PHB Die Casting-Northern Division since December, 2008

6. I have filed Income Tax Returns for 2004, 2005, 2006 and 2007.

7. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>April 9, 2009</u>               /s/ **Steven D. Waddell**
                                                     **Steven D. Waddell,**
                                                         Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. |
| Steven Waddell | : | |
| Linda Waddell | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | |

## VERIFICATION STATEMENT

I declare under penalty of perjury that I have read the foregoing Statement and it is true and correct to the best of my knowledge, information and belief.

_____  4-4-09
Debtor                                                    DATE

_____  4-4-09
Debtor                                                    DATE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Case No.
 :
Steven D. Waddell    AND    : Chapter 13
Linda M. Waddell :
     Debtors :
 :

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

| | |
|---|---|
| February 05, 2009 | (Debtor-Wife) |
| February 12, 2009 | (Debtor-Wife) |
| February 19, 2009 | (Debtor-Wife) |
| February 26, 2009 | (Debtor-Wife) |
| March 05, 2009 | (Debtor-Wife) |
| March 12, 2009 | (Debtor-Wife) |
| March 19, 2009 | (Debtor-Wife) |
| March 26, 2009 | (Debtor-Wife) |
| April 02, 2009 | (Debtor-Wife) |

Next Payment Advice Expected (post-filing):

April 9, 2008        (Debtor-Wife)

WADDELL, STEVEN D. & LINDA M.

### 3/12/09
WADDELL,LINDA M. #0043 Gross 543.00 SS/Med 41.54 PA State 16.67 401 K 16.29 Net Pay 344.91
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 44.67 PA SUI .32 CAN C E R 6.52 Check #81420266
O/TIME 18.0000 3.50 63.00 ErieCity 6.41 KRE P A Y 64.67
LSTB 1.00

### 3/19/09
WADDELL,LINDA M. #0043 Gross 543.00 SS/Med 41.53 PA State 16.67 401 K 16.29 Net Pay 344.91
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 44.67 PA SUI .33 CAN C E R 6.52 Check #81426537
O/TIME 18.0000 3.50 63.00 ErieCity 6.41 KRE P A Y 64.67
LSTB 1.00

### 3/26/09
WADDELL,LINDA M. #0043 Gross 543.00 SS/Med 41.54 PA State 16.67 401 K 16.29 Net Pay 344.91
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 44.67 PA SUI .32 CAN C E R 6.52 Check #81432348
O/TIME 18.0000 3.50 63.00 ErieCity 6.41 KRE P A Y 64.67
LSTB 1.00

### 4/2/09
WADDELL,LINDA M. #0043 Gross 534.00 SS/Med 40.86 PA State 16.39 401 K 16.02 Net Pay 338.56
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 43.36 PA SUI .32 CAN C E R 6.52 Check #81440127
O/TIME 18.0000 3.00 54.00 ErieCity 6.30 KRE P A Y 64.67
LSTB 1.00

# Payroll Stub Data for Linda M. Waddell, January through March, 2009

### 1/8/09
WADDELL,LINDA M. #0043 Gross 497.95 SS/Med 38.09 PA State 15.29 401 K 14.94 Net Pay 304.43
Single/01 REGLAR 11.5000 40.00 460.00 Fed Wt 46.83 PA SUI .30 CAN C E R 6.52 Check #81364335
O/TIME 17.2500 2.20 37.95 ErieCity 5.88 KRE P A Y 64.67
LSTB 1.00

### 1/15/09
WADDELL,LINDA M. #0043 Gross 507.44 SS/Med 38.82 PA State 15.58 401 K 15.22 Net Pay 311.13
Single/01 REGLAR 11.5000 40.00 460.00 Fed Wt 48.21 PA SUI .30 CAN C E R 6.52 Check #81372138
O/TIME 17.2500 2.75 47.44 ErieCity 5.99 KRE P A Y 64.67
LSTB 1.00

### 1/22/09
WADDELL,LINDA M. #0043 Gross 507.44 SS/Med 38.82 PA State 15.58 401 K 15.22 Net Pay 311.12
Single/01 REGLAR 11.5000 40.00 460.00 Fed Wt 48.21 PA SUI .31 CAN C E R 6.52 Check #81376077
O/TIME 17.2500 2.75 47.44 ErieCity 5.99 KRE P A Y 64.67
LSTB 1.00

### 1/29/09
WADDELL,LINDA M. #0043 Gross 529.00 SS/Med 40.47 PA State 16.24 401 K 15.87 Net Pay 326.33
Single/01 REGLAR 11.5000 40.00 460.00 Fed Wt 51.34 PA SUI .32 CAN C E R 6.52 Check #81382403
O/TIME 17.2500 4.00 69.00 ErieCity 6.24 KRE P A Y 64.67
LSTB 1.00

### 2/5/09
WADDELL,LINDA M. #0043 Gross 524.69 SS/Med 40.14 PA State 16.11 401 K 15.74 Net Pay 329.81
Single/01 REGLAR 11.5000 40.00 460.00 Fed Wt 50.72 PA SUI .31 KRE P A Y 64.67 Check #81389438
O/TIME 17.2500 3.75 64.69 ErieCity 6.19 LSTB 1.00

### 2/12/09
WADDELL,LINDA M. #0043 Gross 423.78 SS/Med 32.42 PA State 13.01 401 K 12.71 Net Pay 252.16
Single/01 REGLAR 11.5000 36.85 423.78 Fed Wt 36.04 PA SUI .25 CAN C E R 6.52 Check #81395448
ErieCity 5.00 KRE P A Y 64.67
LSTB 1.00

### 2/19/09
WADDELL,LINDA M. #0043 Gross 664.86 SS/Med 50.86 PA State 20.41 401 K 19.95 Net Pay 422.09
Rate Change Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 71.11 PA SUI .40 CAN C E R 6.52 Check #81401378
O/TIME 18.0000 4.25 76.50 ErieCity 7.85 KRE P A Y 64.67
OTHER 108.36 LSTB 1.00

### 2/26/09
WADDELL,LINDA M. #0043 Gross 534.00 SS/Med 40.85 PA State 16.39 401 K 16.02 Net Pay 329.86
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 52.07 PA SUI .32 CAN C E R 6.52 Check #81407836
O/TIME 18.0000 3.00 54.00 ErieCity 6.30 KRE P A Y 64.67
LSTB 1.00

### 3/5/09
WADDELL,LINDA M. #0043 Gross 538.50 SS/Med 41.20 PA State 16.53 401 K 16.16 Net Pay 333.01
Single/01 REGLAR 12.0000 40.00 480.00 Fed Wt 52.73 PA SUI .33 CAN C E R 6.52 Check #81413925
O/TIME 18.0000 3.25 58.50 ErieCity 6.35 KRE P A Y 64.67
LSTB 1.00